CA 05 288 ML

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED TEXTILE MACHINERY CORP.<br>Plaintiff<br><br>v.<br><br>ATKINS MACHINERY, LLC;<br>ATKINS MACHINERY, INC.;<br>GREGORY J. ATKINS, alias; and<br>SPRING INDUSTRIES, INC.<br>Defendants | : | **NOTICE OF REMOVAL**<br><br>REMOVED FROM:<br><br>SUPERIOR COURT FOR THE<br>STATE OF RHODE ISLAND<br>PROVIDENCE COUNTY<br><br>C.A. No. ________________ |

**NOTICE OF REMOVAL**

Defendants Atkins Machinery, LLC ("Atkins LLC"), Atkins Machinery, Inc. ("Atkins Inc."), Gregory J. Atkins ("Atkins"), and Spring Industries, Inc. ("Springs") (collectively, the "Defendants"), by and through their undersigned counsel, hereby file their Notice of Removal of this action (the "Action") from the Superior Court of the State of Rhode Island, County of Providence, to the United States District Court for the District of Rhode Island.

The Defendants appear for the purpose of removal only and for no other purpose, reserve all defenses and rights available to them, and state as follows:

1. On June 3, 2005, Plaintiff served the Complaint upon Atkins LLC, Atkins Inc., and Atkins, in connection with the Action commenced in the Superior Court of the State of Rhode Island, County of Providence, Docket No. 05-2747. On June 6, 2005, Plaintiff served the Complaint upon Springs, in connection with the Action commenced in the Superior Court of the State of Rhode Island, County of Providence, Docket No. 05-2747.

2. The Defendants have not served responsive pleadings to the Complaint and no orders have been issued in the Action.

3. In accordance with the requirements of 28 U.S.C. § 1446(b), this Notice of removal is filed within 30 days after the Defendants' receipt of service of the Complaint.

4. The Defendants Atkins LLC, Atkins Inc., and Springs are incorporated in the State of South Carolina and have their principal place of business in South Carolina. The Defendant Atkins is a resident of the State of South Carolina.

5. The Plaintiff in the Action is incorporated in the State of Massachusetts and has its principal place of business in Massachusetts.

6. The Action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, in that the parties are citizens of different states and the amount in controversy with respect to the Plaintiff exceeds $75,000, exclusive of interest and costs.

7. Pursuant to 28 U.S.C. § 1446(d), Defendants promptly will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Rhode Island, County of Providence, and will serve a copy of the same on counsel for Plaintiff.

8. Pursuant to Local Rule 36(b), attached as Exhibit A is a certified copy of the state court docket sheet.

9. Pursuant to Local Rule 36(b), attached as Exhibit B is every document in the state court record including a certified copy of the Complaint filed in this action.

10. WHEREFORE, the Defendants respectfully remove the Action now pending in the Superior Court of the State of Rhode Island, County of Providence, Docket No. 05-2747, to the United States District Court of the District of Rhode Island.

Dated: June 30, 2005

SPRINGS INDUSTRIES, INC.
By its attorneys,

John A. Tarantino (#2586)
Patricia K. Rocha (#2793)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607

DEFENDANTS, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC., and GREGORY J. ATKINS
By their attorney,

Joseph J. McGair (#0304)
Petrarca & McGair, Inc.
797 Bald Hill Road
Warwick, RI 02886
Tel: (401) 821-1330
Fax: (401) 823-0970

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2005, a copy of the foregoing was hand-delivered to the following:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

*337616_1.doc*