UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED TEXTILE MACHINERY CORP.<br>Plaintiff | : | CA 05 200ML |
| v. | : | C.A. No. ____________ |
| ATKINS MACHINERY, LLC;<br>ATKINS MACHINERY, INC.;<br>GREGORY J. ATKINS, alias; and<br>SPRING INDUSTRIES, INC.<br>Defendants | : | |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Springs Industries, Inc., hereby states that there are no corporate parents or any publicly held corporations that own 10% or more of its stock.

Dated: June 30, 2005

SPRINGS INDUSTRIES, INC.
By its attorneys,

[signature]

John A. Tarantino (#2586)
Patricia K. Rocha (#2793)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2005, a copy of the foregoing was hand-delivered to the following:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

Debra Hamm
____________________________

*337740_1.doc*