UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED TEXTILE MACHINERY CORP.
Plaintiff

v.

ATKINS MACHINERY, LLC;
ATKINS MACHINERY, INC.;
GREGORY J. ATKINS, alias; and
SPRING INDUSTRIES, INC.
Defendants

CA 05 288 ML
C.A. No. ____________

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants, Atkins Machinery, LLC and Atkins Machinery, Inc., hereby state that there are no corporate parents or any publicly held corporations that own 10% or more of their stock.

Dated: June 30, 2005

DEFENDANTS, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC., and GREGORY J. ATKINS
By their attorney,

Joseph J. McGair (#0304)
Petrarca & McGair, Inc.
797 Bald Hill Road
Warwick, RI 02886
Tel: (401) 821-1330
Fax: (401) 823-0970

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2005, a copy of the foregoing was hand-delivered to the following:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

*337625_1.doc*



337625v1