UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED TEXTILE MACHINERY CORP.,
Plaintiff

v. C.A. No. 05-288-ML

ATKINS MACHINERY, LLC;
ATKINS MACHINERY, INC.;
GREGORY J. ATKINS, alias; and
SPRINGS INDUSTRIES, INC.
Defendants

## ANSWER OF DEFENDANT, SPRINGS INDUSTRIES, INC.

1. Denied.

2. Defendant Springs Industries, Inc. ("Springs") is without information or knowledge sufficient to form a belief as to the truth of the allegations.

3. Defendant Springs is without information or knowledge sufficient to form a belief as to the truth of the allegations.

4. Defendant Springs is without information or knowledge sufficient to form a belief as to the truth of the allegations.

5. Defendant Springs is without information or knowledge sufficient to form a belief as to the truth of the allegations.

6. Denied.

7. Denied that Defendant Springs has an obligation or breached any duty owed to Plaintiff.

8. Denied that Defendant Springs has an obligation or breached any duty owed to Plaintiff.

9. Defendant Springs incorporates its answers and responses to paragraphs 1 through 8 as if again set forth in full.

10. Denied.

11. Denied.

12. Defendant Springs incorporates its answers and responses to paragraphs 1 through 8 as if again set forth in full.

13. Denied.

14. Denied.

15. Defendant Springs incorporates its answers and responses to paragraphs 1 through 8 as if again set forth in full.

16. The allegation is not made against Defendant Springs and, consequently, no response is required; to the extent a response is required, Defendant Springs denies any liability to Plaintiff.

17. The allegation is not made against Defendant Springs and, consequently, no response is required; to the extent a response is required, Defendant Springs denies any liability to Plaintiff.

18. Defendant Springs incorporates its answers and responses to paragraphs 1 through 8 as if again set forth in full.

19. Denied.

20. Denied.

21. Defendant Springs incorporates it answers and responses to paragraphs 1 through 8 as if again set forth in full.

22. Denied.

23. Denied.

24. Defendant Springs incorporates it answers and responses to paragraphs 1 through 8 as if again set forth in full.

25. Denied.

26. Denied.

**FIRST DEFENSE**

Defendant Springs asserts the defense of lack of personal jurisdiction.

**SECOND DEFENSE**

Defendant Springs asserts the defense of insufficiency of process.

**THIRD DEFENSE**

Defendant Springs asserts the defense of insufficiency of service of process.

**FOURTH DEFENSE**

Defendant Springs asserts the defense of improper venue.

**FIFTH DEFENSE**

Defendant Springs asserts the defense of *forum non conviens*.

**SIXTH DEFENSE**

Defendant Springs asserts the defense of lack or failure of consideration.

**SEVENTH DEFENSE**

Defendant Springs asserts that Plaintiff has failed to state a claim against Springs upon which relief may be granted.

**EIGHTH DEFENSE**

Defendant Springs asserts that Plaintiff has failed to mitigate its damages, if any.

**NINTH DEFENSE**

Defendant Springs asserts that Plaintiff has failed to state a claim against Springs for exemplary and/or punitive damages.

**TENTH DEFENSE**

Defendant Springs asserts that the allegations made against Springs do not warrant any award of exemplary and/or punitive damages and that any such award against Defendant Springs would violate the respective applicable provisions of the United States Constitution, the Constitution of the State of Rhode Island, and the Constitution of the State of South Carolina.

WHEREFORE, Defendant Springs respectfully requests that the Plaintiff's Complaint be dismissed with prejudice, together with costs.

SPRINGS INDUSTRIES, INC.
By its attorneys,

John A. Tarantino (#2586)
Patricia K. Rocha (#2793)
Maria J. Goncalves (#4805)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: 7/15/2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day July, 2005, a true copy of the foregoing was served on the following counsel of record in the manner indicated:

**Via Hand Delivery**
Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

**Via First Class Mail**
Joseph J. McGair, Esq.
Petrarca and McGair, Inc.
797 Bald Hill Road
Warwick, RI 02886

Debra Humm

*338815_1.doc*

ILED