STAT RHODE ISLAND AND PROVIDENCE PL TIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2005-2747 UNITED TEXTILE MACHINERY CORP V ATKINS MACHINERY

Filing Date: 05-31-2005
Case Status: CLOSED DURING DISCOVERY

Case Type: CONTRACT DAMAGES
Status Date: 06-30-2005

| | |
|---|---|
| Plaintiff: UNITED TEXTILEMACHINERYCORP<br>ID: @10268882 | Attorney: BRUCE GLADSTONE |
| Defendant: GREGORY ATKINS<br>ID: @10229377 | Attorney: UNKNOWN ATTORNEY |
| Defendant: ATKINS MACHINERY LLC<br>ID: @10248812 | Attorney: JOSEPH MCGAIR<br>Attorney: UNKNOWN ATTORNEY |
| Defendant: ATKIN MACHINERYINC<br>ID: @10248811 | Attorney: JOSEPH MCGAIR<br>Attorney: UNKNOWN ATTORNEY |
| Defendant: SPRINGS INDUSTRIES INC<br>ID: @10266794 | Attorney: UNKNOWN ATTORNEY |

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 05-31-2005 | COMPLAINT FILED | |
| 05-31-2005 | COMPLAINT FILED | |
| 06-30-2005 | NOTICE OF REMOVAL | Affiliated: ATKINS, GREGORY |
| 06-30-2005 | CASE REMVD TO US DISTRICT CT | |
| 06-30-2005 | OTH DOC FILED DURING DISCOV | |
| 07-14-2005 | ANSWER FILED | Affiliated: ATKINS MACHINERY LLC |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

16