STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

UNITED TEXTILE MACHINERY CORP. :

VS. : C.A. NO. 05-2747

ATKINS MACHINERY, LLC.; ATKINS MACHINERY, INC.; GREGORY J. ATKINS, ALIAS; AND SPRING INDUSTRIES, INC. :

**DEFENDANTS, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS ANSWER TO PLAINTIFF'S COMPLAINT**

Now come the Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, and make this their Answer to Plaintiff's Complaint.

1. Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, neither affirm nor deny the allegations contained in paragraph 1 of Plaintiff's Complaint and leave Plaintiff to its proof.

2. Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, neither affirm nor deny the allegations contained in paragraph 2 of Plaintiff's Complaint and leave Plaintiff to its proof.

3. Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, neither affirm nor deny the allegations contained in paragraph 3 of Plaintiff's Complaint and leave Plaintiff to its proof.

4. Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, neither affirm nor deny the allegations contained in paragraph 4 of Plaintiff's Complaint and leave Plaintiff to its proof.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

17

PETRARCA AND
McGAIR, INC.
*Attorneys at Law*
797 Bald Hill Road
Warwick, RI 02886

5. Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, neither affirm nor deny the allegations contained in paragraph 5 of Plaintiff's Complaint and leave Plaintiff to its proof.

6. Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, deny the allegations contained in paragraph 6 of Plaintiff's Complaint.

7. Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, deny the allegations contained in paragraph 7 of Plaintiff's Complaint.

8. Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, deny the allegations contained in paragraph 8 of Plaintiff's Complaint.

**COUNT I**

**BREACH OF CONTRACT**

9. The Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, hereby incorporate Paragraphs 1 through 8 of this Answer to Plaintiff's Complaint and makes them a part hereof as if restated in their entirety.

10. Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, deny the allegations contained in paragraph 10 of Plaintiff's Complaint.

11. Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, deny the allegations contained in paragraph 11 of Plaintiff's Complaint.

True Copy Attest

Office of Clerk, Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

PETRARCA AND
McGAIR, INC.
*Attorneys at Law*
797 Bald Hill Road
Warwick, RI 02886

WHEREFORE, Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, demand judgment against the Plaintiff plus costs.

ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS
By their attorneys,

Joseph J. McGair #0304
Petrarca and McGair, Inc.
797 Bald Hill Road
Warwick, RI 02886
(401) 821-1330

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

## COUNT II

## FRAUD

12. The Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, hereby incorporate Paragraphs 1 through 11 of this Answer to Plaintiff's Complaint and makes them a part hereof as if restated in their entirety.

13. Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, deny the allegations contained in paragraph 13 of Plaintiff's Complaint.

14. Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, deny the allegations contained in paragraph 14 of Plaintiff's Complaint.

WHEREFORE, Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, demand judgment against the Plaintiff plus costs.

PETRARCA AND McGAIR, INC.
*Attorneys at Law*
797 Bald Hill Road
Warwick, RI 02886

ATKINS MACHINERY, LLC, ATKINS
MACHINERY, INC. AND GREGORY J.
ATKINS
By their attorneys,

Joseph J. McGair #0304
Petrarca and McGair, Inc.
797 Bald Hill Road
Warwick, RI 02886
(401) 821-1330

**COUNT III**
**ALTERNATIVE COUNT FOR BREACH OF WARRANTY OF AGENCY**

15. The Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, hereby incorporate Paragraphs 1 through 14 of this Answer to Plaintiff's Complaint and makes them a part hereof as if restated in their entirety.

16. Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, deny the allegations contained in paragraph 16 of Plaintiff's Complaint.

17. Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, deny the allegations contained in paragraph 17 of Plaintiff's Complaint.

WHEREFORE, Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, demand judgment against the Plaintiff plus costs.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

PETRARCA AND
McGAIR, INC.
*Attorneys at Law*
797 Bald Hill Road
Warwick, RI 02886

ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS
By their attorneys,

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Joseph J. McGair #0304
Petrarca and McGair, Inc.
797 Bald Hill Road
Warwick, RI 02886
(401) 821-1330

## COUNT IV

## ALTERNATIVE COUNT FOR INTENTIONAL INTERFERENCE WITH KNOWN CONTRACTUAL REALTIONS

18. The Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, hereby incorporate Paragraphs 1 through 17 of this Answer to Plaintiff's Complaint and makes them a part hereof as if restated in their entirety.

19. Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, deny the allegations contained in paragraph 19 of Plaintiff's Complaint and further state that it is not required that these Defendants respond to any allegations against Springs Industries, Inc.

20. Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, state that the allegations contained in paragraph 20 of Plaintiff's Complaint are made against another party and no response is necessary but does deny any allegations intended to be directed at these Defendants.

WHEREFORE, Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, demand judgment against the Plaintiff plus costs.

ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS
By their attorneys,

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Joseph J. McGair #0304
Petrarca and McGair, Inc.
797 Bald Hill Road
Warwick, RI 02886
(401) 821-1330

**COUNT V**

**AIDING AND ABETTING IN THE COMMISSION OF A TORT**

21. The Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, hereby incorporate Paragraphs 1 through 20 of this Answer to Plaintiff's Complaint and makes them a part hereof as if restated in their entirety.

22. Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, state that the allegations contained in paragraph 22 of Plaintiff's Complaint are made against another party and no response is necessary but does deny any allegations intended to be directed at these Defendants.

23. Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, state that the allegations contained in paragraph 23 of Plaintiff's Complaint are made against another party and no response is necessary but does deny any allegations intended to be directed at these Defendants.

WHEREFORE, Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, demand judgment against the Plaintiff plus costs.

PETRARCA AND McGAIR, INC.
*Attorneys at Law*
797 Bald Hill Road
Warwick, RI 02886

ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS
By their attorneys,

Joseph J. McGair #0304
Petrarca and McGair, Inc.
797 Bald Hill Road
Warwick, RI 02886
(401) 821-1330

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**COUNT VI**

**BREACH OF CONTRACT BY DEFENDANT SPRINGS AND LIABILITY TO THE PLAITNIFF AS A KNOWN AND INTENDED THIRD PARTY BENEFCIARY**

24. The Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, hereby incorporate Paragraphs 1 through 21 of this Answer to Plaintiff's Complaint and makes them a part hereof as if restated in their entirety.

25. Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, deny the allegations contained in paragraph 25 of Plaintiff's Complaint.

26. Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, deny the allegations contained in paragraph 26 of Plaintiff's Complaint.

WHEREFORE, Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, demand judgment against the Plaintiff plus costs.

PETRARCA AND McGAIR, INC.
*Attorneys at Law*
797 Bald Hill Road
Warwick, RI 02886

ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS
By their attorneys,

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Joseph J. McGair #0304
Petrarca and McGair, Inc.
797 Bald Hill Road
Warwick, RI 02886
(401) 821-1330

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

That there is a lack of jurisdiction over the subject matter.

### THIRD AFFIRMATIVE DEFENSE

That there is lack of jurisdiction over the person.

### FOURTH AFFIRMATIVE DEFENSE

That there is improper venue.

### FIFTH AFFIRMATIVE DEFENSE

That there is insufficiency of process.

### SIXTH AFFIRMATIVE DEFENSE

That there is insufficiency of service of process.

### SEVENTH AFFIRMATIVE DEFENSE

Accord and satisfaction.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff, by its own pleadings, is estopped from its allegations.

**NINTH AFFIRMATIVE DEFENSE**

That the complaint alleges duties which do not exist at law or at common law.

**TENTH AFFIRMATIVE DEFENSE**

That the Plaintiff is attempting to gain a "windfall" by bringing said complaint without foundation.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to mitigate its alleged damages.

**TWELFTH AFFIRMATIVE DEFENSE**

The Court lacks subject matter jurisdiction over the claims sought to be asserted against Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS in Plaintiff's Complaint.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Plaintiff's purported causes of action against Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS are barred, reduced or diminished in whole or in part by Plaintiff's comparable fault.

**FOURTEENTH AFFIRMATIVE DEFENSE**

Any alleged injuries Plaintiff sustained were caused, in whole or in part, by an intervening and/or superseding cause.

**FIFTEENTH AFFIRMATIVE DEFENSE**

Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS assert that the allegations made against ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS do not warrant any award of exemplary and/or punitive damages and that any such award against Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS would violate the respective applicable provisions of the United States Constitution, the Constitution of the State of Rhode Island, and the Constitution of the State of South Carolina.

PETRARCA AND
McGAIR, INC.
*Attorneys at Law*
797 Bald Hill Road
Warwick, RI 02886

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

## SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to state claims upon which relief can be grounded in the form of exemplary and, or, punitive damages.

## SEVENTEENTH AFFIRMATIVE DEFENSE

That the action is barred by the contract.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to state claims upon which relief can be granted in that the Plaintiff has failed to allege facts sufficient to show that they are entitled to any relief against Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS in fact or in law.

## NINETEENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to state that there are sufficient minimum contacts with the State of Rhode Island among these Defendants and that these Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS state that there are no sufficient minimum contacts.

## TWENTIETH AFFIRMATIVE DEFENSE

Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, assert a claim for forum non conviens.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS, assert the defense of lack or failure of consideration.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

Defendants, ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS reserve the right to amend this Answer and Affirmative Defenses to set forth any and all other affirmative defenses presently existing or that may be learned through discovery and/or further proceedings in this matter.

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

PETRARCA AND
McGAIR, INC.
*Attorneys at Law*
797 Bald Hill Road
Warwick, RI 02886

ATKINS MACHINERY, LLC, ATKINS MACHINERY, INC. AND GREGORY J. ATKINS
By their attorneys,

Joseph J. McGair #0304
Petrarca and McGair, Inc.
797 Bald Hill Road
Warwick, RI 02886
(401) 821-1330

**CERTIFICATION**

I hereby certify that a true copy of the within Answer to Complaint was mailed to Bruce W. Gladstone, Esq., CAMERON & MITTLEMAN, LLP, 56 Exchange Terrace, Providence, RI 02903 and to John Tarantino, Esq., ADLER, POLLOCK & SHEEHAN P.C., One Citizens Plaza, 8th Floor, Providence, RI 02902 on the 14th day of July, 2005.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

PETRARCA AND
McGAIR, INC.
*Attorneys at Law*
797 Bald Hill Road
Warwick, RI 02886