UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED TEXTILE MACHINERY CORP. :
Plaintiff

VS. : C.A. NO. 05-288-ML

ATKINS MACHINERY, LLC.; ATKINS MACHINERY, INC.; GREGORY J. ATKINS, ALIAS; AND SPRINGS INDUSTRIES, INC. :
Defendants

RECEIVED
JAN 25 2006
Property of U.S. District Court
District of Rhode Island

## STIPULATION OF DISMISSAL

The above-entitled matter which was filed in the Rhode Island Superior Court in Providence County as C.A. No. 05-2747 and was removed from said Providence County Superior Court and was received and docketed by the United States District Court for the District of Rhode Island on June 30, 2005 is hereby dismissed with prejudice, no interest and no costs.

Bruce W. Gladstone, Esq.
Attorney for UNITED TEXTILE MACHINERY CORP.

Dated: 12/22/05

John A. Tarantino, Esq. #2586
Attorney for SPRINGS INDUSTRIES, INC.

Dated: 1/24/06

Joseph J. McGair, Esq.
Attorney for ATKINS MACHINERY, LLC; ATKINS MACHINERY, INC.; GREGORY J. ATKINS, alias

Dated: 1/23/06

Enter:
Mary M. Lisi
USDJ 1/25/06

PETRARCA AND McGAIR, INC.
*Attorneys at Law*
797 Bald Hill Road
Warwick, RI 02886